UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE VELASQUEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JEFFERY UTTECHT,<br><br>　　　　　　Defendant. | 4:16-cv-05068-SAB<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO KEEP COURT INFORMED OF CURRENT ADDRESS** |

　　　By Order filed October 3, 2016, the Court advised Plaintiff of the deficiencies of his complaint and directed him to amend or voluntarily dismiss within sixty (60) days.  ECF No. 17.  The Court also granted Plaintiff, a detainee at the Northwest Detention Center, leave to proceed *in forma pauperis*, without any obligation to pay the filing fee in installments, ECF No. 15.

　　　Plaintiff, however, failed to keep the Clerk of the Court informed of his change of address and copies of these Orders were returned as undeliverable on October 24, 2016.  The Court has attempted, but has been unable, to locate a current address for Plaintiff.

**ORDER DISMISSING ACTION FOR FAILURE TO KEEP COURT INFORMED OF CURRENT ADDRESS --** 1

Plaintiff has not amended the complaint as directed and he has not prosecuted this action further. Therefore, **IT IS ORDERED** this action is **DISMISSED WITHOUT PREJUDICE** for failure to notify the Clerk of the Court regarding his change of address.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, forward copies to Plaintiff at his last known address, and close the file.

**DATED** this 10th day of January 2017.



Stanley A. Bastian
United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO KEEP COURT INFORMED OF CURRENT ADDRESS -- 2